UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVIS SMITH | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| EVEREADY MARINE INC. | § | MAGISTRATE:_____ |

**COMPLAINT**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, TRAVIS SMITH, a person of the full age of majority, and resident of Marion County, Mississippi who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law of the United States of America. Jurisdiction is based on the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00.

2.

Defendant, EVEREADY MARINE, INC., is a domestic corporation engaged in the offshore vessel business whose domicile is 273 Smith Lane, Grand Isle, Louisiana 70358.

3.

On or about February 18th, 2009, plaintiff, TRAVIS SMITH, was employed by Dynamic Industries, Inc., and was engaged in work as a welders' assistant/rigger in the Gulf of Mexico.

4.

On or about February 18th, 2009, plaintiff boarded the M/V JOHN E. MICHAEL, a vessel owned and operated by and under the control of the defendant EVEREADY MARINE, INC.  While attempting to descend the steps into the cabin of the M/V JOHN E. MICHAEL, plaintiff suddenly fell backwards, landing at the base of the steps.

5.

As a result of the fall, the impact caused severe injuries to the plaintiff, including but not limited to injuries to plaintiff's spine, lower back, and knee.

6.

The legal cause of this accident was the fault and/or negligence attributable to the defendant, in the following non-exclusive respects:

    a.    failing to provide a safe and seaworthy vessel appropriate to the responsibility undertaken;

    b.    failing to stop crew change operations during unsafe weather and sea conditions;

    c.    negligence per se;

    d.    failing to properly train and supervise its boat operators; and,

    e.    other negligent acts which may be shown at trial.

7.

As a result of the above and foregoing negligent acts and/or omissions, plaintiff, Travis Smith, suffered severe and disabling physical and mental injuries and seeks monetary damages

for the following:

    a.      Past and future loss of wages and benefits;

    b.      Impairment of future earning capacity;

    c.      Physical pain and suffering;

    d.      Mental and emotional pain and suffering;

    e.      Past and future medical expenses;

    f.      Loss of enjoyment of life;

    g.      Permanent disability;

    h.      Additional damages to be shown at the trial of this action.

8.

Plaintiff was not at fault in causing this incident or the resulting damages.

9.

Plaintiff demands a trial by jury on all issues.

WHEREFORE, plaintiff, TRAVIS SMITH, prays for judgment herein and against the defendant, EVEREADY MARINE INC., and that defendant be duly cited and served with a copy of this Complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, TRAVIS SMITH, and against defendant herein, EVEREADY MARINE INC., in a trial by jury, in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC


*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.   Service of this complaint and summons will be made in accordance with the Federal Rules of Civil Procedure.

*/s/ Rhett E. King*
Rhett E. King