**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TRAVIS SMITH** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-2046** |
| | * | |
| **EVEREADY MARINE INC.** | * | **SECTION "L"(3)** |

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to Civil Action No. 11-2046, entitled *Travis Smith v. Eveready Marine Inc.*, have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana this 13th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE